**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 99-4291**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DIMEJI BRIGHT,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. Joseph Robert Goodwin, District Judge. (CR-98-191)

Submitted: September 14, 1999        Decided: October 19, 1999

Before WIDENER, ERVIN,[*] and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Hunt L. Charach, Federal Public Defender, Edward H. Weis, Federal Assistant Federal Public Defender, Charleston, West Virginia, for Appellant. Rebecca A. Betts, United States Attorney, Susan M. Arnold, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

---

[*] Judge Ervin was assigned to the panel in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Dimeji Bright appeals the sentence imposed by the district court following his plea to a single count of bank fraud in violation of 18 U.S.C.A. § 1344 (West Supp. 1999). Bright argues that the district court erred when it applied a two level enhancement for obstruction of justice. See U.S. Sentencing Guidelines Manual, § 3C1.1 (1998). We disagree. Bright's false statements to the Secret Service regarding his relationship with two other suspects under investigation significantly impeded the district court's ability to assess relevant conduct for sentencing purposes. See USSG § 3C1.1, comment. (n.4(g)); United States v. Ashers, 968 F.2d 411, 413 (4th Cir. 1992). Accordingly, we affirm Bright's sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED